# Exhibit 2

Charted Claim:

Method Claim: 01

| US6978301B2 | Altai IX600 2X2 Wi-Fi 6 Access Point ("Accused Product") |
|---|---|
| 1. A method for communicating with a network device, the method comprising the steps of: | The accused product discloses method for communicating with a network device (e.g., STA/client device).<br><br><br><br>https://www.altaitechnologies.com/portfolio-item/indoor-ix600/ |

## Highlights:

• Dual band Wi-Fi 6 with extended coverage at the market's most affordable price point
• OFDMA and MU MIMO for enhanced multi user efficiency and speed. Other features such as 1024 QAM of modulation, BSS coloring and Target Wake Time also help optimize IX600 s performance
• The IX600 delivers maximum data rate s of up to 1.2 G bp s in 5GHz and 574 Mbps in 2.4GHz , providing connectivity for up to 256 associated clients per radio    network devices
• Altai AirFi TM enhances the IX600's capacity by optimizing the client s throughput based on their speed and data volume s
• The IX600 supports WPA3, Enhanced Open, and the Altai WIPS Suite to help protect user authentication and wireless traffic.

https://www.altaitechnologies.com/portfolio-item/indoor-ix600/

## Association Frames



1. Once a mobile station has authenticated to an access point, it can issue an Association Request frame.
2. Stations that have not yet authenticated receive a Deauthentication frame from the access point in response.
3. One Association request is received, the access point then processes the association request. AP can chose to reject association.
4. When the association request is granted, the access point responds with a status code of 0 (successful) and the Association ID (AID).
5. The AID is a numerical identifier used to logically identify the mobile station to which buffered frames need to be delivered.

https://www.candelatech.com/courses-2023/Session3b_slides.pdf

| | |
|---|---|
| receiving a network device identifier, the network device identifier corresponding to the network device; | The accused product discloses receiving a network device identifier (e.g., MAC individual address), the network device identifier (e.g., MAC individual address) corresponding to the network device (e.g., STA/client device).<br><br>As shown below, the accused product discloses that an STA/client device (e.g., network device) transmits an Association Request to the accused product (e.g., Access Point). The MAC frame format of the Association Request includes Source Address 'SA' (e.g., network device identifier) corresponding to the STA/client device. The Association Request further includes capabilities of the STA/client device being sent to the access point (e.g., accused product).<br><br> |

https://www.altaitechnologies.com/portfolio-item/indoor-ix600/

Highlights:

• Dual band Wi-Fi 6 with extended coverage at the market's most affordable price point
• OFDMA and MU MIMO for enhanced multi user efficiency and speed. Other features such as 1024 QAM of modulation, BSS coloring and Target Wake Time also help optimize IX600 s performance
• The IX600 delivers maximum data rate s of up to 1.2 G bp s in 5GHz and 574 Mbps in 2.4GHz , providing connectivity for up to 256 associated clients per radio

network devices

• Altai AirFi TM enhances the IX600's capacity by optimizing the client s throughput based on their speed and data volume s
• The IX600 supports WPA3, Enhanced Open, and the Altai WIPS Suite to help protect user authentication and wireless traffic.

https://www.altaitechnologies.com/portfolio-item/indoor-ix600/

### 9.2.3 General frame format

The MAC frame format comprises a set of fields that occur in a fixed order in all frames. Figure 9-2 depicts the general MAC frame format for protocol version 0 (PV0) MPDUs, and Figure 9-978 (in 9.8.2) depicts the general MAC frame format for protocol version 1 (PV1) frames. The first 2 bits of the first subfield (Protocol Version) of the Frame Control field and the last field (FCS) in Figure 9-2 are present in all PV0 MPDUs and PV1 MPDUs, including reserved types and subtypes.



**Figure 9-2—MAC frame format**

Source: IEEE 802.11ax-2021

### 9.2.4.1 Frame Control field

#### 9.2.4.1.1 General

The first three subfields of the Frame Control field of a PV0 frame are Protocol Version, Type, and Subtype. The remaining subfields of the Frame Control field depend on the setting of the Type and Subtype subfields.

For a frame carried in an non-S1G PPDU, when the Type subfield is not 1 or the Subtype subfield is not 6, the remaining subfields within the Frame Control field are To DS, From DS, More Fragments, Retry, Power Management, More Data, Protected Frame, and +HTC. In this case, the format of the Frame Control field is shown in Figure 9-3.



|  | B0 B1 | B2 B3 B4 B7 | B8 | B9 | B10 | B11 | B12 | B13 | B14 | B15 |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Protocol Version | Type Subtype | To DS | From DS | More Frag-ments | Retry | Power Management | More Data | Protected Frame | +HTC |
| Bits: | 2 | 2 4 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

**Figure 9-3—Frame Control field format in non-S1G PPDUs when Type subfield is not equal to 1 or Subtype subfield is not equal to 6**

Source: IEEE 802.11-2020

### 9.2.4.1.3 Type and Subtype subfields

The Type and Subtype subfields together identify the function of the frame. There are three frame types: control, data, and management. Each of the frame types has several defined subtypes. In Data frames, the most significant bit (MSB) of the Subtype subfield, B7, is defined as the QoS subfield. Table 9-1 defines the valid combinations of type and subtype. (The numeric values in Table 9-1 are shown in binary.)

**Table 9-1—Valid type and subtype combinations**

| Type value B3 B2 | Type description | Subtype value B7 B6 B5 B4 | Subtype description |
|---|---|---|---|
| 00 | Management | 0000 | Association Request |
| 00 | Management | 0001 | Association Response |
| 00 | Management | 0010 | Reassociation Request |
| 00 | Management | 0011 | Reassociation Response |
| 00 | Management | 0100 | Probe Request |
| 00 | Management | 0101 | Probe Response |
| 00 | Management | 0110 | Timing Advertisement |

Source: IEEE 802.11-2020

### 9.3.3.5 Association Request frame format

*Change Table 9-34 as follows (not all rows are shown):*

**Table 9-34—Association Request frame body**

| Order | Information | Notes |
|---|---|---|
| ... | | |
| 13 | HT Capabilities | The HT Capabilities element is present when dot11HighThroughputOptionImplemented is true and the STA is not a STA 6G. |
| ... | | |
| 22 | VHT Capabilities | The VHT Capabilities element is present when dot11VHTOptionImplemented is true and the STA is not a STA 6G. |
| ... | | |
| 46 | HE Capabilities | The HE Capabilities element is present if dot11HEOptionImplemented is true; otherwise, it is not present. |
| 47 | Channel Switch Timing | The Channel Switch Timing element is optionally present if dot11HESubchannelSelectiveTransmissionImplemented is true; otherwise, it is not present. |
| 48 | HE 6 GHz Band Capabilities | The HE 6 GHz Band Capabilities element is present if dot11HEOptionImplemented and dot11HE6GOptionImplemented are true; otherwise, it is not present. |
| 49 | UL MU Power Capabilities | The UL MU Power Capabilities element is optionally present if dot11HEOptionImplemented is true; otherwise, it is not present. |
| 50 | TWT Constraint Parameters | The TWT Constraint Parameters element is optionally present if dot11TWTOptionActivated is true; otherwise, it is not present. |

Source: IEEE 802.11ax-2021



1. Once a mobile station has authenticated to an access point, it can issue an Association Request frame.
2. Stations that have not yet authenticated receive a Deauthentication frame from the access point in response.
3. One Association request is received, the access point then processes the association request. AP can chose to reject association.
4. When the association request is granted, the access point responds with a status code of 0 (successful) and the Association ID (AID).
5. The AID is a numerical identifier used to logically identify the mobile station to which buffered frames need to be delivered.

https://www.candelatech.com/courses-2023/Session3b_slides.pdf

| | |
|---|---|
| | **9.2.4.3 Address fields**<br><br>**9.2.4.3.5 DA field**<br><br>*Change 9.2.4.3.5 as follows:*<br><br>The DA field contains an IEEE MAC individual or group address that identifies the MAC entity or entities intended as the final recipient(s) of the MSDU (or fragment thereof) or A-MSDU (or fragment thereof), as defined in 9.3.2.1, contained in the frame body field.<br><br>**9.2.4.3.6 SA field**<br><br>network device identifier<br><br>*Change 9.2.4.3.6 as follows:*<br><br>The SA field contains an IEEE MAC individual address that identifies the MAC entity from which the transfer of the MSDU (or fragment thereof) or A-MSDU (or fragment thereof), as defined in 9.3.2.1, contained in the frame body field was initiated. The Individual/Group bit is always transmitted as a 0 in the source address.<br><br>Source: IEEE 802.11ax-2021 |
| retrieving a command-format template from a repository containing a plurality of command-format templates, wherein the command-format template indicates how to construct a device-specific command for the network device and | The accused product discloses retrieving a command-format template (e.g., HE PPDU) from a repository (e.g., firmware) containing a plurality of command-format templates (e.g., formats corresponding to different wireless standards, etc.,), wherein the command-format template indicates how to construct a device-specific command for the network device and includes an attribute field (e.g., 'More Data' field).<br><br>As shown below, the accused product discloses that an STA/client device (e.g., network device) transmits an Association Request to the accused product (e.g., Access Point). The MAC frame format of the Association Request includes Source Address 'SA' (e.g., network device identifier) corresponding to the STA/client device. Furthermore, the Frame Control Field further comprises an +HTC field which indicates the variants. The variant formats |

| includes an attribute field; | are differentiated by the values of bit B0 and B1 in the HT Control Field Format. The values of HT Control Field Format are used by the accused product (e.g., Access Point) to determine the Wi-Fi standard supported by the STA/client device. Based on the determination, the accused product (e.g., Access Point) selects a PPDU format template from the plurality of PPDU format templates (e.g., PPDU format of IEEE Std 802.11n, IEEE Std 802.11ac or IEEE Std 802.11ax corresponding to HT, VHT or HE respectively) corresponding to the Wi-Fi standard supported by the STA/client device. |
|---|---|

**9.2.4.1 Frame Control field**

**9.2.4.1.1 General**

The first three subfields of the Frame Control field of a PV0 frame are Protocol Version, Type, and Subtype. The remaining subfields of the Frame Control field depend on the setting of the Type and Subtype subfields.

For a frame carried in an non-S1G PPDU, when the Type subfield is not 1 or the Subtype subfield is not 6, the remaining subfields within the Frame Control field are To DS, From DS, More Fragments, Retry, Power Management, More Data, Protected Frame, and +HTC. In this case, the format of the Frame Control field is shown in Figure 9-3.



**Figure 9-3—Frame Control field format in non-S1G PPDUs when Type subfield is not equal to 1 or Subtype subfield is not equal to 6**

Source: IEEE 802.11-2020

### 9.2.4.6 HT Control field

#### 9.2.4.6.1 General

*Change the first through fourth paragraphs in 9.2.4.6.1 as follows (including deleting Figure 9-11 and inserting Table 9-13b):*

The HT Control field is always present in a Control Wrapper frame and is present in QoS Data, QoS Null, and Management frames as determined by the +HTC subfield of the Frame Control field as defined in 9.2.4.1.10.

Source: IEEE 802.11ax-2021

**Table 9-13b—HT Control field format**

| Variant | B0 | B1 | B2–B29 | B30 | B31 |
|---------|----|----|--------|-----|-----|
| HT | 0 | | HT Control Middle | AC Constraint | RDG/More PPDU |
| VHT | 1 | 0 | VHT Control Middle | AC Constraint | RDG/More PPDU |
| HE | 1 | 1 | A-Control | | |

The HT Control field transmitted by a non-CMMG STA has ~~two forms,~~ three variants: the HT variant, ~~and~~ the VHT variant, and the HE variant. The variant formats are differentiated by the values of B0 and B1 as defined in Table 9-13b. ~~The two forms differ in the format of the HT Control Middle subfield, described in 9.2.4.6.2 for the HT variant and in 9.2.4.6.3 for the VHT variant and in the value of the VHT subfield.~~

The HT Control Middle subfield is defined in 9.2.4.6.2, and the VHT Control Middle subfield is defined in 9.2.4.6.3. The A-Control subfield is defined in 9.2.4.6.3a.

Source: IEEE 802.11ax-2021

### 27.3.4 HE PPDU formats

Four HE PPDU formats are defined: HE SU PPDU, HE MU PPDU, HE ER SU PPDU, and HE TB PPDU. The HE sounding NDP is a variant of the HE SU PPDU and defined in 27.3.17. The HE TB feedback NDP is a variant of the HE TB PPDU and defined in 27.3.18.

NOTE—The HE ER SU PPDU is not a variant of the HE SU PPDU. Requirements related to HE SU PPDUs and HE ER SU PPDUs are specified separately.

The format of the HE SU PPDU is defined as in Figure 27-8. This PPDU format is used for SU transmission, and in this format, the HE-SIG-A field is not repeated.



**Figure 27-8—HE SU PPDU format**

Source: IEEE 802.11ax-2021

Furthermore, as shown below, the accused product compliant with IEEE Std 802.11ax selects HE PPDU to respond to the STA/client device. The Data field of the HE PPDU comprises an MPDU frame which has a MAC header comprising 'More Data' field (e.g., attribute field). This field is to '1' (e.g., attribute data) by the accused product (HE AP) to indicate and instruct the receiving STA/client device to be in active state and not to go in power saving mode to receive additional buffered frames stored at the Access Point (e.g., accused product).

### 9.2.4.1.8 More Data subfield

*Change the third and fourth paragraphs of 9.2.4.1.8 as follows (including splitting each paragraph into two paragraphs):*

An AP optionally sets the More Data subfield to 1 in Ack frames sent to a non-DMG and non-S1G non-HE STA and in Ack, BlockAck, and Multi-STA BlockAck frames sent to an HE STA. An HE AP indicates that it supports setting the More Data subfield to 1 in these control response frames by setting the More Data Ack subfield to 1 in the QoS Info field of elements it includes in frames transmitted to the STA.

The AP can set the More Data subfield to 1 to indicate that it has a pending transmission for the STA if it from which it has received a frame that contains a QoS Capability element QoS Info field in which the More Data Ack subfield is equal to 1 from the STA and that has one or more ACs that are delivery enabled and that is in PS mode to indicate that the AP has a pending transmission for the STA. one of the following conditions is true:

— The STA is in PS mode and has one or more ACs that are delivery enabled (see 11.2.3.6).
— The STA is in PS mode and is a TWT requester or a TWT scheduled STA (see 26.8).

Source: IEEE 802.11ax-2021

### 27.3.4 HE PPDU formats

Four HE PPDU formats are defined: HE SU PPDU, HE MU PPDU, HE ER SU PPDU, and HE TB PPDU. The HE sounding NDP is a variant of the HE SU PPDU and defined in 27.3.17. The HE TB feedback NDP is a variant of the HE TB PPDU and defined in 27.3.18.

NOTE—The HE ER SU PPDU is not a variant of the HE SU PPDU. Requirements related to HE SU PPDUs and HE ER SU PPDUs are specified separately.

The format of the HE SU PPDU is defined as in Figure 27-8. This PPDU format is used for SU transmission, and in this format, the HE-SIG-A field is not repeated.



**Figure 27-8—HE SU PPDU format**

Source: IEEE 802.11ax-2021

The fields of the HE PPDU formats are summarized in Table 27-11.

**Table 27-11—HE PPDU fields**

| Field | Description |
|-------|-------------|
| L-STF | Non-HT Short Training field |
| L-LTF | Non-HT Long Training field |
| L-SIG | Non-HT SIGNAL field |
| RL-SIG | Repeated Non-HT SIGNAL field |
| HE-SIG-A | HE SIGNAL A field |
| HE-SIG-B | HE SIGNAL B field |
| HE-STF | HE Short Training field |
| HE-LTF | HE Long Training field |
| Data | The Data field carrying the PSDU(s) |
| PE | Packet extension field |

Source: IEEE 802.11ax-2021

**high-efficiency (HE) single-user (SU) physical layer (PHY) protocol data unit (PPDU) (HE SU PPDU):** A PPDU transmitted with HE SU PPDU format. This PPDU carries a single PHY service data unit (PSDU).

**high-efficiency (HE) trigger-based (TB) physical layer (PHY) protocol data unit (PPDU) (HE TB PPDU):** A PPDU transmitted with HE TB PPDU format. This PPDU carries a single PHY service data unit (PSDU).

**individually addressed resource unit (RU):** A resource unit in a high-efficiency (HE) multi-user (MU) physical layer (PHY) protocol data unit (PPDU) transmitted by an access point (AP) or a tunneled direct link setup (TDLS) peer station (STA) that is intended for a single associated non-AP STA or a TDLS peer STA, respectively.

Source: IEEE 802.11ax-2021

### 9.2.3 General frame format

The MAC frame format comprises a set of fields that occur in a fixed order in all frames. Figure 9-2 depicts the general MAC frame format for protocol version 0 (PV0) MPDUs, and Figure 9-978 (in 9.8.2) depicts the general MAC frame format for protocol version 1 (PV1) frames. The first 2 bits of the first subfield (Protocol Version) of the Frame Control field and the last field (FCS) in Figure 9-2 are present in all PV0 MPDUs and PV1 MPDUs, including reserved types and subtypes.



Figure 9-2—MAC frame format

Source: IEEE 802.11-2020



**9.2.4.1 Frame Control field**

**9.2.4.1.1 General**

The first three subfields of the Frame Control field of a PV0 frame are Protocol Version, Type, and Subtype. The remaining subfields of the Frame Control field depend on the setting of the Type and Subtype subfields.

For a frame carried in an non-S1G PPDU, when the Type subfield is not 1 or the Subtype subfield is not 6, the remaining subfields within the Frame Control field are To DS, From DS, More Fragments, Retry, Power Management, More Data, Protected Frame, and +HTC. In this case, the format of the Frame Control field is shown in Figure 9-3.

| | B0 B1 | B2 B3 | B4 B7 | B8 | B9 | B10 | B11 | B12 | B13 | B14 | B15 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Protocol Version | Type | Subtype | To DS | From DS | More Frag-ments | Retry | Power Management | More Data | Protected Frame | +HTC |
| Bits: | 2 | 2 | 4 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

**Figure 9-3—Frame Control field format in non-S1G PPDUs when Type subfield is not equal to 1 or Subtype subfield is not equal to 6**

Source: IEEE 802.11-2020

| identifying attribute data corresponding to the attribute field; | The standard discloses identifying attribute data (e.g., More Data field value i.e., '1' or '0') corresponding to the attribute field (e.g., More Data field).<br><br>As shown below, the accused product compliant with IEEE Std 802.11ax selects HE PPDU to respond to the STA/client device. The Data field of the HE PPDU comprises an MPDU frame which has a MAC header comprising 'More Data' field (e.g., attribute field). This field value is set to '1' (e.g., attribute data) by the accused product (HE AP) to indicate and instruct the receiving STA/client device to be in active state and not to go in power |

saving mode to receive additional buffered frames stored at the Access Point (e.g., accused product).

### 9.2.4.1.8 More Data subfield

*Change the third and fourth paragraphs of 9.2.4.1.8 as follows (including splitting each paragraph into two paragraphs):*

An AP optionally sets the More Data subfield to 1 in Ack frames sent to a non-DMG and non-S1G non-HE STA and in Ack, BlockAck, and Multi-STA BlockAck frames sent to an HE STA. An HE AP indicates that it supports setting the More Data subfield to 1 in these control response frames by setting the More Data Ack subfield to 1 in the QoS Info field of elements it includes in frames transmitted to the STA.

The AP can set the More Data subfield to 1 to indicate that it has a pending transmission for the STA if it from which it has received a frame that contains a QoS Capability element QoS Info field in which the More Data Ack subfield is equal to 1 from the STA and that has one or more ACs that are delivery enabled and that is in PS mode to indicate that the AP has a pending transmission for the STA. one of the following conditions is true:

— The STA is in PS mode and has one or more ACs that are delivery enabled (see 11.2.3.6).
— The STA is in PS mode and is a TWT requester or a TWT scheduled STA (see 26.8).

Source: IEEE 802.11ax-2021

### 27.3.4 HE PPDU formats

Four HE PPDU formats are defined: HE SU PPDU, HE MU PPDU, HE ER SU PPDU, and HE TB PPDU. The HE sounding NDP is a variant of the HE SU PPDU and defined in 27.3.17. The HE TB feedback NDP is a variant of the HE TB PPDU and defined in 27.3.18.

NOTE—The HE ER SU PPDU is not a variant of the HE SU PPDU. Requirements related to HE SU PPDUs and HE ER SU PPDUs are specified separately.

The format of the HE SU PPDU is defined as in Figure 27-8. This PPDU format is used for SU transmission, and in this format, the HE-SIG-A field is not repeated.



**Figure 27-8—HE SU PPDU format**

Source: IEEE 802.11ax-2021

The fields of the HE PPDU formats are summarized in Table 27-11.

### Table 27-11—HE PPDU fields

| Field | Description |
|---|---|
| L-STF | Non-HT Short Training field |
| L-LTF | Non-HT Long Training field |
| L-SIG | Non-HT SIGNAL field |
| RL-SIG | Repeated Non-HT SIGNAL field |
| HE-SIG-A | HE SIGNAL A field |
| HE-SIG-B | HE SIGNAL B field |
| HE-STF | HE Short Training field |
| HE-LTF | HE Long Training field |
| Data | The Data field carrying the PSDU(s) |
| PE | Packet extension field |

Source: IEEE 802.11ax-2021

**high-efficiency (HE) single-user (SU) physical layer (PHY) protocol data unit (PPDU) (HE SU PPDU):** A PPDU transmitted with HE SU PPDU format. This PPDU carries a single PHY service data unit (PSDU).

**high-efficiency (HE) trigger-based (TB) physical layer (PHY) protocol data unit (PPDU) (HE TB PPDU):** A PPDU transmitted with HE TB PPDU format. This PPDU carries a single PHY service data unit (PSDU).

**individually addressed resource unit (RU):** A resource unit in a high-efficiency (HE) multi-user (MU) physical layer (PHY) protocol data unit (PPDU) transmitted by an access point (AP) or a tunneled direct link setup (TDLS) peer station (STA) that is intended for a single associated non-AP STA or a TDLS peer STA, respectively.

Source: IEEE 802.11ax-2021

### 9.2.3 General frame format

The MAC frame format comprises a set of fields that occur in a fixed order in all frames. Figure 9-2 depicts the general MAC frame format for protocol version 0 (PV0) MPDUs, and Figure 9-978 (in 9.8.2) depicts the general MAC frame format for protocol version 1 (PV1) frames. The first 2 bits of the first subfield (Protocol Version) of the Frame Control field and the last field (FCS) in Figure 9-2 are present in all PV0 MPDUs and PV1 MPDUs, including reserved types and subtypes.



Figure 9-2—MAC frame format

Source: IEEE 802.11-2020



**9.2.4.1 Frame Control field**

**9.2.4.1.1 General**

The first three subfields of the Frame Control field of a PV0 frame are Protocol Version, Type, and Subtype. The remaining subfields of the Frame Control field depend on the setting of the Type and Subtype subfields.

For a frame carried in an non-S1G PPDU, when the Type subfield is not 1 or the Subtype subfield is not 6, the remaining subfields within the Frame Control field are To DS, From DS, More Fragments, Retry, Power Management, More Data, Protected Frame, and +HTC. In this case, the format of the Frame Control field is shown in Figure 9-3.

| B0 B1 | B2 B3 | B4 B7 | B8 | B9 | B10 | B11 | B12 | B13 | B14 | B15 |
|---|---|---|---|---|---|---|---|---|---|---|
| Protocol Version | Type | Subtype | To DS | From DS | More Frag-ments | Retry | Power Management | More Data | Protected Frame | +HTC |
| Bits: 2 | 2 | 4 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

**Figure 9-3—Frame Control field format in non-S1G PPDUs when Type subfield is not equal to 1 or Subtype subfield is not equal to 6**

Source: IEEE 802.11-2020

| | |
|---|---|
| generating the device-specific command for the network device using the retrieved command-format template and the identified attribute data; and | The accused product discloses generating the device-specific command (e.g., constructed HE PPDU) for the network device (e.g., STA/client device) using the retrieved command-format template (e.g., HE PPDU Format) and the identified attribute data (e.g., More Data field value i.e., '1' or '0').<br><br>As shown below, the accused product compliant with IEEE Std 802.11ax selects HE PPDU to respond to the STA/client device. The Data field of the HE PPDU comprises an MPDU frame which has a MAC header comprising 'More Data' field (e.g., attribute field). This |

field value is set to '1' (e.g., attribute data) by the accused product (HE AP) to indicate and instruct the receiving STA/client device to be in active state and not to go in power saving mode to receive additional buffered frames stored at the Access Point (e.g., accused product).

### 9.2.4.1.8 More Data subfield

*Change the third and fourth paragraphs of 9.2.4.1.8 as follows (including splitting each paragraph into two paragraphs):*

An AP optionally sets the More Data subfield to 1 in Ack frames sent to a non-DMG ~~and~~ non-S1G non-HE STA and in Ack, BlockAck, and Multi-STA BlockAck frames sent to an HE STA. An HE AP indicates that it supports setting the More Data subfield to 1 in these control response frames by setting the More Data Ack subfield to 1 in the QoS Info field of elements it includes in frames transmitted to the STA.

The AP can set the More Data subfield to 1 to indicate that it has a pending transmission for the STA if it ~~from which it~~ has received a frame that contains a ~~QoS Capability element~~ QoS Info field in which the More Data Ack subfield is equal to 1 from the STA and ~~that has one or more ACs that are delivery enabled and that is in PS mode to indicate that the AP has a pending transmission for the STA.~~ one of the following conditions is true:

 — The STA is in PS mode and has one or more ACs that are delivery enabled (see 11.2.3.6).

 — The STA is in PS mode and is a TWT requester or a TWT scheduled STA (see 26.8).

Source: IEEE 802.11ax-2021

## 27.3.4 HE PPDU formats

Four HE PPDU formats are defined: HE SU PPDU, HE MU PPDU, HE ER SU PPDU, and HE TB PPDU. The HE sounding NDP is a variant of the HE SU PPDU and defined in 27.3.17. The HE TB feedback NDP is a variant of the HE TB PPDU and defined in 27.3.18.

NOTE—The HE ER SU PPDU is not a variant of the HE SU PPDU. Requirements related to HE SU PPDUs and HE ER SU PPDUs are specified separately.

The format of the HE SU PPDU is defined as in Figure 27-8. This PPDU format is used for SU transmission, and in this format, the HE-SIG-A field is not repeated.



**Figure 27-8—HE SU PPDU format**

Source: IEEE 802.11ax-2021

The fields of the HE PPDU formats are summarized in Table 27-11.

**Table 27-11—HE PPDU fields**

| Field | Description |
|---|---|
| L-STF | Non-HT Short Training field |
| L-LTF | Non-HT Long Training field |
| L-SIG | Non-HT SIGNAL field |
| RL-SIG | Repeated Non-HT SIGNAL field |
| HE-SIG-A | HE SIGNAL A field |
| HE-SIG-B | HE SIGNAL B field |
| HE-STF | HE Short Training field |
| HE-LTF | HE Long Training field |
| Data | The Data field carrying the PSDU(s) |
| PE | Packet extension field |

Source: IEEE 802.11ax-2021

**high-efficiency (HE) single-user (SU) physical layer (PHY) protocol data unit (PPDU) (HE SU PPDU):** A PPDU transmitted with HE SU PPDU format. This PPDU carries a single PHY service data unit (PSDU).

**high-efficiency (HE) trigger-based (TB) physical layer (PHY) protocol data unit (PPDU) (HE TB PPDU):** A PPDU transmitted with HE TB PPDU format. This PPDU carries a single PHY service data unit (PSDU).

**individually addressed resource unit (RU):** A resource unit in a high-efficiency (HE) multi-user (MU) physical layer (PHY) protocol data unit (PPDU) transmitted by an access point (AP) or a tunneled direct link setup (TDLS) peer station (STA) that is intended for a single associated non-AP STA or a TDLS peer STA, respectively.

Source: IEEE 802.11ax-2021

### 9.2.3 General frame format

The MAC frame format comprises a set of fields that occur in a fixed order in all frames. Figure 9-2 depicts the general MAC frame format for protocol version 0 (PV0) MPDUs, and Figure 9-978 (in 9.8.2) depicts the general MAC frame format for protocol version 1 (PV1) frames. The first 2 bits of the first subfield (Protocol Version) of the Frame Control field and the last field (FCS) in Figure 9-2 are present in all PV0 MPDUs and PV1 MPDUs, including reserved types and subtypes.



Figure 9-2—MAC frame format

Source: IEEE 802.11-2020



### 9.2.4.1 Frame Control field

#### 9.2.4.1.1 General

The first three subfields of the Frame Control field of a PV0 frame are Protocol Version, Type, and Subtype. The remaining subfields of the Frame Control field depend on the setting of the Type and Subtype subfields.

For a frame carried in an non-S1G PPDU, when the Type subfield is not 1 or the Subtype subfield is not 6, the remaining subfields within the Frame Control field are To DS, From DS, More Fragments, Retry, Power Management, More Data, Protected Frame, and +HTC. In this case, the format of the Frame Control field is shown in Figure 9-3.

**Figure 9-3—Frame Control field format in non-S1G PPDUs when Type subfield is not equal to 1 or Subtype subfield is not equal to 6**

Source: IEEE 802.11-2020

| providing the generated device-specific command to the network device. | The standard discloses providing the generated device-specific command (e.g., constructed HE PPDU) to the network device (e.g., STA/client device). |
|---|---|
| | As shown below, the accused product compliant with IEEE Std 802.11ax selects HE PPDU to respond to the STA/client device. The Data field of the HE PPDU comprises an MPDU frame which has a MAC header comprising 'More Data' field (e.g., attribute field). This field value is set to '1' (e.g., attribute data) by the accused product (HE AP) to indicate and instruct the receiving STA/client device to be in active state and not to go in power |

saving mode to receive additional buffered frames stored at the Access Point (e.g., accused product). This constructed HE PPDU is then sent to the STA/client device.

### 9.2.4.1.8 More Data subfield

*Change the third and fourth paragraphs of 9.2.4.1.8 as follows (including splitting each paragraph into two paragraphs):*

An AP optionally sets the More Data subfield to 1 in Ack frames sent to a non-DMG and non-S1G non-HE STA and in Ack, BlockAck, and Multi-STA BlockAck frames sent to an HE STA. An HE AP indicates that it supports setting the More Data subfield to 1 in these control response frames by setting the More Data Ack subfield to 1 in the QoS Info field of elements it includes in frames transmitted to the STA.

The AP can set the More Data subfield to 1 to indicate that it has a pending transmission for the STA if it from which it has received a frame that contains a QoS Capability element QoS Info field in which the More Data Ack subfield is equal to 1 from the STA and that has one or more ACs that are delivery enabled and that is in PS mode to indicate that the AP has a pending transmission for the STA. one of the following conditions is true:

- — The STA is in PS mode and has one or more ACs that are delivery enabled (see 11.2.3.6).
- — The STA is in PS mode and is a TWT requester or a TWT scheduled STA (see 26.8).

Source: IEEE 802.11ax-2021

### 27.3.4 HE PPDU formats

Four HE PPDU formats are defined: HE SU PPDU, HE MU PPDU, HE ER SU PPDU, and HE TB PPDU. The HE sounding NDP is a variant of the HE SU PPDU and defined in 27.3.17. The HE TB feedback NDP is a variant of the HE TB PPDU and defined in 27.3.18.

NOTE—The HE ER SU PPDU is not a variant of the HE SU PPDU. Requirements related to HE SU PPDUs and HE ER SU PPDUs are specified separately.

The format of the HE SU PPDU is defined as in Figure 27-8. This PPDU format is used for SU transmission, and in this format, the HE-SIG-A field is not repeated.



**Figure 27-8—HE SU PPDU format**

Source: IEEE 802.11ax-2021

The fields of the HE PPDU formats are summarized in Table 27-11.

### Table 27-11—HE PPDU fields

| Field | Description |
|-------|-------------|
| L-STF | Non-HT Short Training field |
| L-LTF | Non-HT Long Training field |
| L-SIG | Non-HT SIGNAL field |
| RL-SIG | Repeated Non-HT SIGNAL field |
| HE-SIG-A | HE SIGNAL A field |
| HE-SIG-B | HE SIGNAL B field |
| HE-STF | HE Short Training field |
| HE-LTF | HE Long Training field |
| Data | The Data field carrying the PSDU(s) |
| PE | Packet extension field |

Source: IEEE 802.11ax-2021

**high-efficiency (HE) single-user (SU) physical layer (PHY) protocol data unit (PPDU) (HE SU PPDU):** A PPDU transmitted with HE SU PPDU format. This PPDU carries a single PHY service data unit (PSDU).

**high-efficiency (HE) trigger-based (TB) physical layer (PHY) protocol data unit (PPDU) (HE TB PPDU):** A PPDU transmitted with HE TB PPDU format. This PPDU carries a single PHY service data unit (PSDU).

**individually addressed resource unit (RU):** A resource unit in a high-efficiency (HE) multi-user (MU) physical layer (PHY) protocol data unit (PPDU) transmitted by an access point (AP) or a tunneled direct link setup (TDLS) peer station (STA) that is intended for a single associated non-AP STA or a TDLS peer STA, respectively.

Source: IEEE 802.11ax-2021

### 9.2.3 General frame format

The MAC frame format comprises a set of fields that occur in a fixed order in all frames. Figure 9-2 depicts the general MAC frame format for protocol version 0 (PV0) MPDUs, and Figure 9-978 (in 9.8.2) depicts the general MAC frame format for protocol version 1 (PV1) frames. The first 2 bits of the first subfield (Protocol Version) of the Frame Control field and the last field (FCS) in Figure 9-2 are present in all PV0 MPDUs and PV1 MPDUs, including reserved types and subtypes.



Figure 9-2—MAC frame format

Source: IEEE 802.11-2020

### 9.2.4.1 Frame Control field

#### 9.2.4.1.1 General

The first three subfields of the Frame Control field of a PV0 frame are Protocol Version, Type, and Subtype. The remaining subfields of the Frame Control field depend on the setting of the Type and Subtype subfields.

For a frame carried in an non-S1G PPDU, when the Type subfield is not 1 or the Subtype subfield is not 6, the remaining subfields within the Frame Control field are To DS, From DS, More Fragments, Retry, Power Management, More Data, Protected Frame, and +HTC. In this case, the format of the Frame Control field is shown in Figure 9-3.



**Figure 9-3—Frame Control field format in non-S1G PPDUs when Type subfield is not equal to 1 or Subtype subfield is not equal to 6**

Source: IEEE 802.11-2020